UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2025 JUL -2 P 1:35

DEPUTY CLERK

SUMAN KRISHNA KORRAPATI, Plaintiff
v.
UNITED STATES OF AMERICA,
Defendant

Case No. _____

COMPLAINT TO QUIET TITLE UNDER 28 U.S.C. § 2410

NOW COMES Plaintiff, Suman Krishna Korrapati, and for his Complaint to Quiet Title against the United States of America states as follows:

1. This is a civil action brought pursuant to 28 U.S.C. § 2410 to quiet title to real property located in Penobscot County, Maine, to which the Plaintiff holds legal title.

(207) 745-7406

3. Defendant is the United States of America, acting through the Department of the Treasury, Internal Revenue Service (IRS), with offices located at 100 Middle Street, Portland, ME 04101.

4. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1340, § 1346(f), and § 2410(a)(1), as this action involves real property located in the District of Maine and a lien asserted by the United States.

5. Venue is proper in the District of Maine under 28 U.S.C. § 1391(e), as the property is located within this judicial district.

6. Plaintiff is the record title holder of the following real properties in Penobscot County, Maine:

   a. 6 Main Street, Howland, ME

   b. 773 Lower Detroit Road, Plymouth, ME

7. Plaintiff acquired said properties for value and holds title as evidenced by duly recorded warranty deeds.

8. On or about June 19, 2025, the IRS filed eight Notices of Federal Tax Lien (NFTLs) in the Penobscot County Registry of Deeds, purporting to attach to Plaintiff's properties under theories of 'nominee' or 'transferee' liability related to unrelated tax liabilities owed by Arthur J. Reardon.

9. The IRS did not obtain a judicial determination of nominee or transferee status and provided Plaintiff with no due process or hearing prior to filing said liens.

10. Plaintiff is not a taxpayer as defined under 26 U.S.C. § 7701 and does not owe the liabilities that form the basis of the asserted liens.

11. The federal tax liens cloud Plaintiff's legal title and impair the value, use, and marketability of the properties.

12. Plaintiff seeks a declaratory judgment and order quieting title to the properties by declaring the federal tax liens invalid as to Plaintiff.

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter judgment that Plaintiff is the sole owner in fee simple of the properties located at 6 Main Street, Howland, ME and 773 Lower Detroit Road, Plymouth, ME;

B. Declare that the IRS liens filed against Plaintiff's properties are void and of no effect as to Plaintiff;

C. Order the United States to release the liens from the registry of deeds;

15. Award Plaintiff costs and any further relief the Court deems just and proper.

Dated: June 19, 2025

Respectfully Submitted,

*K. Suman Krishna*
Suman Krishna Korrapati

P.O. Box 52

(207) 745-7406