UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| SUMAN KRISHNA KORRAPATI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00345-JAW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER TO CLARIFY**

On July 2, 2025, Suman Krishna Korrapati filed a lawsuit in the United States District Court for the District of Maine against the United States of America, seeking to quiet title for two properties in Penobscot County, Maine.  *Compl. to Quiet Title Under 28 U.S.C. § 2410* (ECF No. 1) (*Compl.*).  In reviewing the filing, including the attached civil cover sheet and the envelope in which it was received, the Court observed some ambiguities and orders Mr. Korrapati to clarify them within seven days of the date of this order.

First, the Court ORDERS Mr. Korrapati to clarify his true name.  The complaint names the Plaintiff as Suman Krishna Korrapati.  However, the complaint is signed as "K. Suman Korrapati."  In the civil cover sheet, the Plaintiff's name is listed as "Suman Korrapati."  To properly document the Plaintiff's name, the Court ORDERS the Plaintiff within seven days of the date of this order to file a document clarifying his correct legal name.

Next, the complaint contains contradictory information about the Plaintiff's current residence.  The civil cover sheet lists Collin, Texas as the Plaintiff's county of

residence and states that he is a resident of another state. The complaint lists the Plaintiff's residence as only P.O. Box 52 without a corresponding municipality or state listed. The return address on the filing envelope states "Reardon, P.O. Box 52, Detroit, ME 04929." The complaint further refers to a telephone number, which has a Maine area code. The Court ORDERS the Plaintiff within seven days of the date of this order to file a document clarifying his correct legal residence and address. *See Ismail v. Robinson*, 2:22-cv-00250-JAW, 2024 U.S. Dist. LEXIS 31904, at *5 (D. Me. Feb. 26, 2024) ("A party's obligation to maintain a current address with a court does not rest with the court, the opposing party, or a third party. It rests solely with the party himself") (quoting *Boulier v. Penobscot Cnty. Jail*, No. 1:21-cv-00080-JAW, 2022 U.S. Dist. LEXIS 39708, at *10 (D. Me. Mar. 7, 2022)).

Finally, as noted earlier, the return envelope contains the name "Reardon" at P.O. Box 52, Detroit, Maine. This is the same address for Nathan Reardon, who has filed numerous lawsuits in federal court, *see, e.g.*, *Reardon v. Domonski*, No. 1:25-cv-00268-JAW, *Compl.*, Attach. 1, *Envelope* (listing return address as Nathan Reardon, P.O. Box 52, Detroit, ME 04929). Mr. Reardon is an enjoined filer. *Id.*, *Order Imposing* Cok *Filing Restriction* (ECF No. 10). The Court ORDERS the Plaintiff to clarify within seven days of the date of this order the role, if any, Nathan Reardon is playing in this lawsuit.

    SO ORDERED.

                                          <u>/s/ John A. Woodcock, Jr.</u>
                                          JOHN A. WOODCOCK, JR.
                                          UNITED STATES DISTRICT JUDGE

Dated this 3rd day of July, 2025