UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SUMAN KRISHNA KORRAPATI, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | 1:25-cv-00345-JAW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant ) | |

**ORDER REGARDING FILING FEE**

Plaintiff has filed a complaint in this Court. Plaintiff has neither paid the $405.00 filing fee nor filed an application to proceed without prepayment of fees and costs.

The Clerk is directed to forward a form Application to Proceed Without Prepayment of Fees and Costs to Plaintiff. Plaintiff is hereby ORDERED to file an Application to Proceed Without Prepayment of Fees and Costs or pay the filing fee no later than July 28, 2025.

If Plaintiff fails to pay the filing fee or file a completed Application on or before July 28, 2025, the Court could dismiss the matter.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 7th day of July, 2025.