OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
202 HARLOW STREET
BANGOR, MAINE 04401

OFFICIAL BUSINESS

EASTERN MAINE 044
8 JUL 2025  AM 2 L

PITNEY BOWES
$0.69⁹
US POSTAGE
FIRST-CLASS
020W0002310186
2000454527
ZIP 04401
JUL 07 2025

SUMAN KRISHNA KORRAPATI
PO BOX 52
DETROIT, ME 04929

USMS
ME

NIXIE    013    FE 1    0007/14/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 04401490199    *0922-06812-08-16

04929-005252
04401949001