OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
156 FEDERAL STREET
PORTLAND, MAINE 04101

OFFICIAL BUSINESS

SO.MAINE 041

2 SEP 2025 PM 2 L



FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 04101
02 7H
0001292498

$ 001.03⁰

SEP 02 2025

SUMAN KRISHNA KORRAPATI
PO BOX 52
DETROIT, ME 04929

**USMS ME**

NIXIE        015    FE 1        0009/21/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UTF
04101>4152
04929-005252

BC:  04101415299        *3044-00352-02-42