# United States Court of Appeals
## For the First Circuit

No. 25-2169

IN RE: SUMAN KRISHNA KORRAPATI,

Petitioner.

Before

Barron, <u>Chief Judge</u>,
Gelpí and Montecalvo, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: February 17, 2026

Petitioner's petition for mandamus is denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. John A. Woodcock
Jennifer Lyons, Clerk, United States District Court for the District of Maine
Suman Krishna Korrapati
James D. Concannon
Lindsay Feinberg